UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM CARTER JR.,

    Plaintiff,

v.                                 Case No.:  4:25cv95/MCR/MAF

SGT. MCKENZIE,

    Defendant.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on October 29, 2025. (Doc. 37). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 37) is adopted and incorporated by reference in this Order.

2.    Defendant's motion to dismiss, ECF No. 36, is **DENIED**.

3. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 5th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**